7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Randell Lee Vorhees – BELOW MED
*Debtor*

*Bankruptcy Case No.*
15–20664–drd13

**Richard V Fink**
  Plaintiff(s)

*Adversary Case No.*
16–02005–drd

v.

**Kimberly Belcher**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: the Court finds that Defendant Kimberly Belcher is in default and therefore, the Plaintiffs Motion for Default Judgment is granted, the transfer to Defendant Belcher is avoided, Defendant Belcher is directed to turn $2,000.00 over to Plaintiff; and the property is preserved for the benefit of the bankruptcy estate as provided in 11 U.S.C. §550 and/or §551.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Kim McClanahan
  Deputy Clerk



Date of issuance: 6/21/16

Court to serve